Date: 01/19/10               DIVIDENDS REMITTED TO THE COURT         $9.27
                                                                     Receipt # 6869            Page:
                                                                     1/20/2010

Case Number 08-22021 - MELTON, KATHERINE M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000003 | 103.21 | 4.32 |
| PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | 000004 | 118.24 | 4.95 |
| ---------- Remittance Total ---------------- | | 221.45 | 9.27 |

*[signature]*

C. BRUCE LAWRENCE, Trustee



FILED
JAN 2 0 2010
BANKRUPTCY COURT
ROCHESTER, NY